**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUBEN RODRIGUEZ MEDINA,<br><br>          Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>          Defendant. | ) Case No. EDCV 14-2627-JPR<br>)<br>) **JUDGMENT**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

    For the reasons set forth in the accompanying Memorandum Opinion and Order, it is hereby ADJUDGED AND DECREED that (1) Plaintiff's request for an order remanding the case for further proceedings is DENIED; (2) the Commissioner's request for an order affirming the Commissioner's final decision and dismissing the action is GRANTED; and (3) judgment is entered in the Commissioner's favor.

DATED: February 17, 2016          _____
                                                        JEAN ROSENBLUTH
                                                        U.S. Magistrate Judge